**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THOMAS F. GOWEN & SONS, INC., | No. 2:26-cv-04409 |
| *Plaintiff,* | **NOTICE OF REMOVAL** |
| v. | |
| TRUIST BANK, | |
| *Defendant.* | |

In accordance with 28 U.S.C. 1332(a)(1), 1441(a), and 1446, Defendant Truist Bank files this Notice of Removal to remove this action from the Court of Common Pleas of Delaware County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.  Truist, through counsel, provides the following in support of removal of this matter:

**BACKGROUND AND PROCEDURAL HISTORY**

1.      Plaintiff Thomas F. Gowen & Sons, Inc. filed a lawsuit in the Court of Common Pleas of Delaware on or about May 22, 2026, which is styled *Thomas F. Gowen & Sons, Inc.* v. *Truist Bank*, No. CV-2026-005060.  A copy of the complaint filed in that action is attached as Exhibit 1 in accordance with 28 U.S.C. 1446(a).

2.      The documents attached as Exhibit 2 constitute all filings and orders in the state court action to date.  Truist has not answered, moved, or otherwise responded to the complaint.

3.      Thomas F. Gowen & Sons alleges negligence and breach of contract claims against Truist.  Thomas F. Gowen & Sons also alleges that Truist violated various provisions of Article 4A of the Uniform Commercial Code (UCC), as adopted by Pennsylvania, including UCC 4A-204 (13 Pa. C.S. § 4A-204), UCC 4A-202 (13 Pa. C.S. § 4A-202), and UCC 4A-203 (13 Pa. C.S. § 4A-203).  Compl. at ¶¶53-92.

4.      Thomas F. Gowen & Sons seeks compensatory damages "in excess of $133,784.98." *Id.* at ¶59.

## PARTIES

5.      Thomas F. Gowen & Sons, Inc. is a Pennsylvania corporation with its principal place of business located at 1040 Old Sproul Road, Springfield, Pennsylvania 19064.  See Compl. at ¶1.  Thomas F. Gowen & Sons is therefore a citizen of Pennsylvania for purposes of diversity jurisdiction.

6.      Truist Bank is a North Carolina-chartered bank with a main office at 214 North Tryon Street, Charlotte, North Carolina 28202.[1]  Truist is therefore a citizen of North Carolina for purposes of diversity jurisdiction.

---

[1] BankFind Suite, *Truist Bank*, FDIC, available at https://banks.data.fdic.gov/bankfind-suite/bankfind/details/9846; see also *Benz-Puente* v. *Truist Financial*, No. 23-2682, 2023 WL 4763998, at *3 (E.D. Pa. July 26, 2023) (noting that state-chartered banks follow "the normal citizenship rule," and that "[a] national bank has no state of incorporation").  The Court may take judicial notice of information from the FDIC's BankFind Suite website in determining whether diversity of citizenship exists.  See, *e.g.*, *Guerin* v. *PNC Bank, N.A.*, No. 23-1830, 2023 WL 12197200, at *4 (E.D. Pa. Dec. 11, 2023); see also *Sturgeon* v. *Pharmerica Corp.*, 438 F. Supp. 3d 246, 259 & n.74 (E.D. Pa. 2020) (collecting authority and noting that "information found on government websites is widely considered both self-authenticating and subject to judicial notice").

## TIMELINESS OF REMOVAL

7.      Thomas F. Gowen & Sons filed the complaint on or about May 22, 2026.

8.      Thomas F. Gowen & Sons served Truist with a copy of the complaint on or about May 27, 2026.

9.      Truist filed this Notice of Removal within 30 days of the date it received a copy of the complaint in accordance with 28 U.S.C. 1446(b).

## BASIS FOR REMOVAL JURISDICTION

10.      The Court has original jurisdiction over the state court action under 28 U.S.C. 1332(a)(1) because there is complete diversity between the parties, and the amount in controversy, excluding interest and costs, exceeds $75,000.

11.      Thomas F. Gowen & Sons is a citizen of Pennsylvania.

12.      Truist is a citizen of North Carolina.

13.      Therefore, removal is not barred by the resident-defendant rule set forth in 28 U.S.C. 1441(b)(2).   No party in interest properly joined and served as a defendant in this case is a citizen of Pennsylvania, where Thomas F. Gowen & Sons filed this action.

14.      The amount in controversy exceeds $75,000 based on a reasonable reading of the allegations in the complaint.  See *Auto-Owners Ins. Co.* v. *Stevens & Ricci, Inc.*, 835 F.3d 388, 401 (3d Cir. 2016).

15.      Thomas F. Gowen & Sons alleges that it "suffered damages in excess of $133,784.98 as a result" of Truist's conduct.  Compl. at ¶59.  Thus, a reasonable reading of the complaint shows that the amount in controversy exceeds $75,000.

3

16. The diversity of citizenship and amount in controversy requirements of 28 U.S.C. 1332(a) are satisfied here, and this Court should exercise subject-matter jurisdiction over the entire case in accordance with that statute.

**REMOVAL TO THE EASTERN DISTRICT OF PENNSYLVANIA IS PROPER**

17. Under 28 U.S.C. 1441(a), the United States District Court for the Eastern District of Pennsylvania is the proper venue for removal because it embraces the place where the state court action is pending.

**NOTICE TO STATE COURT AND PLAINTIFF**

18. This Notice of Removal is signed in accordance with Rule 11 of the Federal Rules of Civil Procedure.

19. Counsel for Truist certifies under 28 U.S.C. 1446(d) that copies of this Notice of Removal will be filed with the Court of Common Pleas of Delaware County, Pennsylvania and served upon Thomas F. Gowen & Sons. A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached as Exhibit 3.

20. By filing this Notice of Removal, Truist does not waive any defenses available to it, including, but not limited to, the right to contest personal jurisdiction, the service of process, and proper venue. Truist also does not waive its right to compel arbitration. Truist reserves its right to present these defenses before this Court or in the state court from which this action has been removed.

For the reasons above, Truist removes the case pending in the Court of Common Pleas of Delaware County, Pennsylvania, No. CV-2026-005060, to the

4

United States District Court for the Eastern District of Pennsylvania in accordance with 28 U.S.C. 1332(a)(1), 1441(a), and 1446.


Dated: June 26, 2026                    Respectfully submitted,

                                        s/Junis L. Baldon
                                        Junis L. Baldon
                                        PA ID No. 339446
                                        BALLARD SPAHR LLP
                                        700 East Gate Drive, Suite 330
                                        Mount Laurel, NJ 08054
                                        Telephone: 856.761.3414
                                        Facsimile: 856.761.1020
                                        *Counsel for Defendant Truist Bank*

5

## CERTIFICATE OF SERVICE

I certify that on June 26, 2026, I electronically filed this document using the CM/ECF system, which will send notification to counsel of record in the above-captioned matter.  I further certify that I mailed this document to the following individuals via Federal Express:

Shanna McCann, Esq.
CHANCE & McCANN, LLC
201 West Commerce Street
Bridgeton, NJ 08302
*Counsel for Thomas F. Gowen & Sons, Inc.*

Office of the Prothonotary
Court of Common Pleas
Delaware County
201 West Front Street
Media, PA 19063

BALLARD SPAHR LLP

s/Junis L. Baldon
Junis L. Baldon
*Counsel for Defendant Truist Bank*

6